## IN THE UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF TEXAS
## SHERMAN DIVISION

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | § | |
| | § | |
| **v.** | § | **NO. 4:24-CR-00250-ALM** |
| | § | |
| **CHAD ANTHONY COX** | § | |

### REPORT AND RECOMMENDATION
### OF UNITED STATES MAGISTRATE JUDGE

This report and recommendation addresses a petition for revocation of the defendant's supervised release. Dkt. 2 (sealed).

### PROCEDURAL HISTORY

In June 2017, United States District Judge Ronald A. White sentenced defendant Chad Anthony Cox to 57 months (Count 1) and 60 months (Count 3) of imprisonment to run consecutively, followed by three years of supervised release. *USA v. Chad Anthony Cox*, No. 6:16-cr-00094-RAW-1 (E.D. Okla.), Dkt. 37. Cox's sentence was later reduced. *Id.*, Dkt. 50. Cox's current term of supervised release commenced on May 24, 2024. Dkt. 2 (sealed). In November 2024, United States District Judge Amos L. Mazzant, III, accepted transfer of supervised release from the Eastern District of Oklahoma to the Eastern District of Texas. Dkt. 1.

In August 2025, a probation officer petitioned the court for a warrant, alleging that Cox had violated conditions of his supervised release. Dkt. 2 (sealed). The petition alleged that Cox had violated conditions that required him to refrain from any unlawful use of a controlled substance; to report to his probation officer; to follow his probation officer's instructions; to live at an approved place; and to participate in treatment programs for narcotic addiction, drug dependency, and mental health. *Id.*

A final revocation hearing was held before me on September 23, 2025. The government moved to dismiss allegation one. *See* Minute Entry for September 23, 2025. Cox pled true to allegations two through seven. *Id.* He also consented to revocation of his supervised release and waived his

right to object to my proposed findings and recommendations. *Id.*; Dkt. 12. The government requested a sentence of 15 months of imprisonment with 18 months additional supervised release, which is within the federal sentencing policy statements; the defendant agreed. *Id.* After hearing argument from counsel, the court announced what its recommendation would be.

## RECOMMENDATION

In accordance with the Sentencing Reform Act of 1984, and having considered both parties' arguments, the court recommends that: (1) allegation one in the petition for revocation of Cox's supervised release, Dkt. 2 (sealed), be dismissed; (2) Cox's supervised release be revoked based on allegations two through seven in the petition, *id.*; (3) Cox be committed to the custody of the Bureau of Prisons to be imprisoned for a term of 15 months, to run consecutively to any other term of imprisonment, with an additional term of supervised release of 18 months on Count 3 only; and (4) Cox be placed at FCI Texarkana in Texarkana, Texas, if appropriate.

So **ORDERED** and **SIGNED** this 30th day of September, 2025.

_____

Bill Davis
United States Magistrate Judge