# United States District Court
**EASTERN DISTRICT OF TEXAS**
**SHERMAN DIVISION**

| | |
|---|---|
| UNITED STATES OF AMERICA | § <br> § |
| v. | § CRIMINAL NO. 4:24-CR-00250-ALM-1 <br> § |
| CHAD ANTHONY COX | § <br> § |

## MEMORANDUM ADOPTING REPORT AND RECOMMENDATION OF UNITED STATES MAGISTRATE JUDGE

Came on for consideration the report of the United States Magistrate Judge in this action, this matter having been heretofore referred to the Magistrate Judge pursuant to 28 U.S.C. § 636. The Magistrate Judge entered proposed findings of fact and recommendations (Dkt. #13) that allegation one of the petition be dismissed; that, based on allegations two through seven of the petition, Defendant be committed to the custody of the Bureau of Prisons to be imprisoned for a term of fifteen (15) months, to run consecutively to any other term of imprisonment, with eighteen (18) months of supervised release on Count 3 only to follow; and that Defendant be placed at FCI Texarkana in Texarkana, Texas, if appropriate.

Having received the Report of the United States Magistrate Judge and having received Defendant's waiver of his right to object to the proposed findings and recommendations of the Magistrate Judge (Dkt. #12), the Court is of the opinion that the findings and conclusions of the Magistrate Judge are correct and adopts the Magistrate Judge's report as the findings and conclusions of the Court. Accordingly, allegation one is hereby dismissed; Defendant is hereby committed to the custody of the Bureau of Prisons to be imprisoned for a term of fifteen (15) months, to run consecutively to any other term of imprisonment, with eighteen (18) months of supervised release on Count 3 only to follow; all prior conditions imposed in the original judgment

are reimposed here; and the Court hereby recommends Defendant be placed at FCI Texarkana in Texarkana, Texas, if appropriate.

**SIGNED this 1st day of October, 2025.**

_____
AMOS L. MAZZANT
UNITED STATES DISTRICT JUDGE